1  KAREN P. HEWITT
   United States Attorney
2  JAMES P. MELENDRES
   Assistant United States Attorney
3  California State Bar No. Pending
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6327
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA



8

9               UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        )   Magistrate Case No. 08MJ2326
                                    )
12              Plaintiff,           )
                                    )
13       v.                          )   **STIPULATION OF FACT AND JOINT
                                    )   MOTION FOR RELEASE OF
14 RENE VARGAS-RODRIGUEZ,           )   MATERIAL WITNESS(ES) AND
                                    )   ORDER THEREON**
15              Defendant.           )
   _____ )   (Pre-Indictment Fast-Track Program)
16

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and James P.

19 Melendres, Assistant United States Attorney, and defendant RENE VARGAS-RODRIGUEZ, by and

20 through and with the advice and consent of defense counsel, Candis L. Mitchell, that:

21       1.     Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27 //

28 JPME:rp:7/31/08

2. Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **September 2, 2008.**

4. The material witness, Daniel Ramon Sanchez-Escalante, in this case:

    a. Is an alien with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about July 29, 2008;

    c. Was found in a vehicle driven by defendant at the ~~San Ysidro~~ Otay Mesa East B.V., California Port of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

    d. Was paying $4,500 to others to be brought into the United States illegally and/or transported illegally to his destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Rene Vargas-Rodriguez      2      08MJ2326

1  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
3  waives the right to confront and cross-examine the material witness(es) in this case.

4      6.    By signing this stipulation and joint motion, defendant certifies that defendant has
5  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
6  further that defendant has discussed the terms of this stipulation and joint motion with defense
7  counsel and fully understands its meaning and effect.

8  Based on the foregoing, the parties jointly move the stipulation into evidence and for the
9  immediate release and remand of the above-named material witness(es) to the Department of
10 Homeland Security for return to his country of origin.

11 It is STIPULATED AND AGREED this date.

12                 Respectfully submitted,

13                 KAREN P. HEWITT
                   United States Attorney
14
15 Dated: _Aug 8, 2008_

                   JAMES P. MELENDRES
16                 Assistant United States Attorney

17
18 Dated: _6 August 2008_

                   CANDIS L. MITCHELL
19                 Defense Counsel for Rene Vargas-Rodriguez

20 Dated: _6 August 2008_

21                 RENE VARGAS-RODRIGUEZ
                   Defendant

22
23
24
25
26
27
28 Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Rene Vargas-Rodriguez        3                08MJ2326

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to his country of origin.

**SO ORDERED.**

Dated: 8/12/08

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Rene Vargas-Rodriguez          4                                    08MJ2326